IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LATOYA WHITE, | * |
| *Plaintiff*, | * |
| v. | * Civil Action No. RDB-22-671 |
| UNIVERSITY OF MARYLAND MEDICAL CENTER, | * |
| *Defendant*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated above, it is this 23rd day of November, 2022, hereby ordered that Defendant University of Maryland Medical Center's Motion to Dismiss (ECF No. 15) is **GRANTED**. Specifically:

1. Plaintiff's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000 *et seq.* are **DISMISSED** without leave to amend and **REMANDED** to the Equal Employment Opportunity Commission for further administrative proceedings;

2. Plaintiff shall be afforded leave to refile this action if the Equal Employment Opportunity Commission dismisses her case, or if it does not resolve her case within 178 days of this opinion;

3. The Clerk is instructed to **CLOSE** this case; and

4. A copy of this memorandum order shall be sent to the parties.

Dated: November 23, 2022

_____
Richard D. Bennett
United States District Judge

1